United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>KAUFMAN & BROAD MONTEREY BAY, INC, ET AL,<br><br>　　　　Defendants. | CASE NO. 5:13-CV-04745-EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

　　　This case is scheduled for a status conference on May 16, 2014. Based on the parties' Joint Case Management Statement (see Docket Item No. 19), the court has determined an appearance is unnecessary at this time. Accordingly, the status conference is VACATED and the parties are ORDERED to comply with the schedule previously set forth in this court's Case Management Order dated February 10, 2014. See Docket Item No. 18.

　　　IT IS FURTHER ORDERED that, pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than 120 days from the date this order is filed. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference forthwith.

　　　IT IS FURTHER ORDERED that each party is limited to **one** Motion for Summary Judgment. In other words, one summary judgment motion may be filed on behalf of Plaintiff and

one on behalf of Defendants. Any motions filed in violation of this order will be summarily terminated.

**IT IS SO ORDERED.**

Dated: May 12, 2014

                                              EDWARD J. DAVILA

                                              United States District Judge