UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAUFMAN & BROAD MONTEREY BAY, INC., et al., <br><br> Defendants. | Case No. 5:13-cv-04745-EJD-PSG <br><br> **ORDER RE: OPPOSITION DEADLINE** <br><br> **(Re: Docket Nos. 25 and 26)** |

Pending before the court is Plaintiff's motion for a protective order to prohibit depositions and any further discovery[1] as well as an ex parte application to shorten time.[2]  Any opposition to the substantive motion shall be filed by Wednesday, July 16 at 12 PM.  The court then will take up the motion on the papers pursuant to Civil L.R. 7-1(b).[3]

---

[1] *See* Docket No. 26.

[2] *See* Docket No. 25.

[3] *See* Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.").

1

Case No. 5:13-cv-04745-EJD-PSG
ORDER RE: OPPOSITION DEADLINE

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge