**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., a California Corporation, K&B BAKEWELL SEASIDE VENTURE, LLC, a California Limited Liability Company, and KB HOME SOUTH BAY, INC., a California Corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 5:13-cv-04745 EJD-PSG<br><br>Hon. Edward J. Davila<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND EXTEND TIME FOR EXPERT WITNESS DISCLSOURES AND FILING OF DISPOSITIVE MOTIONS** |

**ORDER**

For good cause showing and pursuant to the stipulation of the parties:

IT IS HEREBY ORDERED that the deadline for the parties to complete a settlement conference before Magistrate Judge Grewal set in this Court's Pretrial Order of July 3, 2014 [Dkt. No. 24] is hereby extended to October 10, 2014;

1

CASE NO.:5:13-04745-EJD-PSG
[PROPOSED] ORDER ON STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND EXTEND TIME FOR EXPERT WITNESS DISCLSOURES AND FILING OF DISPOSITIVE MOTIONS

IT IS FURTHER ORDERED that parties shall attend a settlement conference before Magistrate Judge Grewal on October 3, 3014.

IT IS FURTHER ORDERED that the deadlines related to expert witness disclosures and the filing of dispositive motion deadline set in this Court's Pretrial Order of July 3, 2014 [Dkt. No. 24] are hereby extended as follows:

| EVENT | Current Date | New Date |
| --- | --- | --- |
| Designation of Opening Experts with Reports | September 22, 2014 | October 6, 2014 |
| Designation of Rebuttal Experts with Reports | October 5, 2014 | October 19, 2014 |
| Expert Discovery Cutoff | October 13, 2014 | October 27, 2014 |
| Dispositive Motion Deadline | October 20, 2014 | November 3, 2014 |

**SO ORDERED.**

Dated:  August 29, 2014

_____
Hon. Edward J. Davila
United States District Court, Northern District

2

CASE NO.:5:13-04745-EJD-PSG
[PROPOSED] ORDER ON STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND EXTEND TIME FOR EXPERT WITNESS DISCLSOURES AND FILING OF DISPOSITIVE MOTIONS