UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>        Defendants. | Case No.  5:13-cv-04745 EJD<br><br>**ORDER RE: MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 52, 54 |

On November 3, 2014, Plaintiff Travelers Property Casualty of America and Defendants Kaufman & Broad Monterey Bay, Inc., K&B Bakewell Seaside Venture, LLC, and KB Home South Bay, Inc. filed cross-motions for summary judgment and partial summary judgment. See Docket Item Nos. 52, 54.  The court has reviewed the motions, and finds that both exceed the page limitation provided by this court's Local Rules. See Civ. L.R. 7-2(b) (requiring that all motions not exceed 25 pages, inclusive of the notice of motion and caption page, a concise statement of what relief is sought, and the memorandum of points and authorities).

Since neither side sought leave to exceed the page limitation in advance of filing, the court notifies the parties that it will not review any material contained in the motions past the 25th page of text.  In other words, the court will review the first 25 pages - which may include the notice of motion and prefatory material such as tables of contents and tables of authorities - but nothing more.  Any arguments contained in excessive pages will therefore not be considered.

**IT IS SO ORDERED.**

Dated:  November 6, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-04745 EJD
ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

United States District Court
Northern District of California