UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>          Defendants. | Case No. 5:13-cv-04745-EJD<br><br>**ORDER REFERRING CASE TO SECOND MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Paul S. Grewal for a second settlement conference to occur no later than April 1, 2015. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: February 24, 2015

EDWARD J. DAVILA
United States District Judge