UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>         Defendants. | Case No.  5:13-cv-04745-EJD<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE; DEFERRING RULING ON MOTION TO CONTINUE TRIAL**<br><br>Re: Dkt. No. 112 |

Presently before the court is Plaintiff Travelers Property Casualty Company of America's ("Plaintiff") Motion to Continue Pre-Trial Conference and Trial. See Dkt. No. 112. Defendants Kaufman & Broad Monterey Bay, Inc., K&B Bakewell Seaside Venture, LLC, and KB Home South Bay, Inc. (collectively, "Defendants") oppose this motion. See Dkt. No. 114.

The Final Pretrial Conference is presently scheduled for April 2, 2015, and the Trial is presently scheduled to begin on April 14, 2015. Upon reviewing the parties' briefing, the court determines that continuing the trial is premature. Thus, the Final Pretrial Conference remains scheduled for April 2, 2015, and at that time the court will rule on the motion to continue the trial. Accordingly, Plaintiff's Motion to Continue Pre-Trial Conference is DENIED, and Motion to Continue Trial is DEFERRED.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-04745-EJD
ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE; DEFERRING RULING ON MOTION TO CONTINUE TRIAL