**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order**

Date: April 7, 2015   **TIME IN COURT:** 1 hr, 50 mins
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay Inc et al

Plaintiff(s) Attorney(s) present: Raymond Brown
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: 1) Pretrial Conference, 2) Motions In Limine (Docket Item Nos. 120, 130, 135, 136, 143, 144, 179, 180, 181)**

**ORDER AFTER HEARING:**
Hearing held.
The Court issues sanctions as to Plaintiff's late filed and over page limit requirement of Motions in Limine (Doc. 144, 179, 180).
The Court requests supplemental briefing on matters outline on the record. Further hearing re supplemental briefing for May 21, 2015 at 3:00 PM. The Court will also revisit any trial related matters.
The Court vacates the April 2015 trial dates and resets the trial as follows:
- <u>Jury Selection</u> set for June 2, 2015 at 9:00 AM – 12:00 PM
- <u>Jury Trial</u> set for June 2, 2015, June 3, 2015, June 10, 2015, June 12, 2015, June 16 – 17, 2015, June 19, 2015, June 22, 2015. Trial sessions are held 9:00 AM – 12:00, 1:30 PM – 4:30 PM; subject to adjustment by the Court.
- <u>Jury Deliberations</u> set for June 23, 2015 through June 24, 2015.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: SJ Jury