UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>                Defendants. | Case No.  5:13-cv-04745-EJD<br><br>**ORDER RE: TRIAL SCHEDULE** |

In light of the further mediation scheduled for June 8, 2015, the court orders as follows:

1.      The jury trial currently scheduled to commence on June 9, 2015, is CONTINUED and shall instead commence at **9:00 a.m. on June 10, 2015**, in order to allow the parties to complete the mediation process.

2.      The prior order requiring the parties to notify the court of settlement efforts by June 5, 2015, is MODIFIED such that on or before **4:00 p.m. on June 8, 2015**, the parties shall either: (1) file a Notice of Settlement and provide further notice as required by III(F) of the undersigned's Standing Order for Civil Cases if a settlement is reached; or (2) file a brief joint statement which notifies the court that a full settlement has not been reached, specifies whether the trial commencing on June 10th will be a court trial or a jury trial, and provides any other information the parties believe may assist the court in preparing for trial.

        **IT IS SO ORDERED.**

Dated:  June 2, 2015

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:13-cv-04745-EJD
ORDER RE: TRIAL SCHEDULE