UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>             Defendants. | Case No.  5:13-cv-04745-EJD<br><br>**FURTHER ORDER RE: TRIAL SCHEDULE** |

Having reviewed the parties' statement filed in response to the order filed on June 2, 2015 (Docket Item No. 222), the court orders as follows:

1. The notice regarding settlement contemplated by the June 2nd order, which was to be filed 4:00 p.m. on June 8, 2015, shall instead be filed by **10:00 p.m. on June 8, 2015.**

2. No other modifications will be ordered at this time.

**IT IS SO ORDERED.**

Dated: June 3, 2015

                                                                    _____
                                                                    EDWARD J. DAVILA
                                                                    United States District Judge

Case No.: 5:13-cv-04745-EJD
FURTHER ORDER RE: TRIAL SCHEDULE

1