**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 10, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:** 4 hrs, 42 mins
(9:05 – 10:05 AM, 10:17 – 11:55, 1:41 – 2:45 PM, 3:00 – 4:00 PM)

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka
Other appearance(s): Max Bloom

**PROCEEDINGS: (1) Pretrial Conference, (2) Jury Selection**

**ORDER AFTER HEARING:**
9:05 AM – 10:05 AM: Pretrial Conference
10:17 AM – 11:12 AM: Panel summoned. Jury Selection begins.
11:12 AM – 11:55 AM: Plaintiff voir dire. Side bar conference also held.
11:55 AM – 1:41 PM: The Court excuses the prospective panel for the lunch recess.
1:41 PM – 2:15 PM: Panel summoned. Defense voir dire. Side bar conference also held.
2:15 PM – 2:26 PM: Peremptory challenges held. The Clerk calls the names of prospective jurors selected for service.
2:26 PM – 2:45 PM: The Court dismisses the prospective panel and jurors for the midafternoon recess. The Court holds hearing with prospective jurors 1 and 4 re: service. The Court excuses the jurors for the midafternoon recess.
2:45 PM – 3:00 PM: Hearing concludes. The Court takes the midafternoon recess.
3:00 PM – 3:12 PM: Hearing outside the prospective panel.
3:12 PM – 3:25 PM: Panel summoned. Prospective jurors sworn for service. Remaining members of the panel excused from service. The court pre-instructs the jury.
3:25 PM – 4:00 PM: Jury dismissed for the evening recess. The court holds further hearing outside the jury. Hearing concludes (4:00 PM).

**Hearing outside the presence of the jury: June 16, 2015 at 8:30 AM**
**Further jury proceedings set for June 16, 2015 at 9:00 AM**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: