UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 16, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:** 5 hrs, 40 mins
(8:58 -925, 9:36 -10:50, 11:03-12:00PM, 1:30 – 3:43, 4:05 -:4:53)

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:58 AM – 9:25 AM: Hearing held outside the presence of the jury.
9:36 AM – 10:24 AM: Jury summoned. The Court calls on counsel for the plaintiffs for opening statements.
10:24 AM – 10:40 AM: The Court calls on counsel for the defendants for opening statements.
10:40 AM – 10:50 AM: Jury dismissed for the mid-morning recess. The Court holds further hearing outside the presence of the jury.
10:50 AM – 11:03 AM: The Court takes the mid-morning recess.
11:03 AM – 11:15 AM: Further hearing outside the presence of the jury. The Court hears further argument on Plaintiff's Motion for Judgment as a Matter of Law. The Court declines the motion.
11:15 AM – 12:00 PM: Jury summoned. Plaintiff calls P. Colouris for direct examination. Side bar conference also held.
12:00 PM – 1:30 PM: Jury dismissed for the lunch recess. The Court takes the lunch recess.
1:30 PM – 1:40 PM: Hearing outside the presence of the jury.
1:40 PM – 2:49 PM: Hearing concludes. Jury summoned. Continued direct examination of P. Colouris. Side bar conference also held.
2:49 PM – 3:40 PM: Cross examination of P. Colouris. Side bar conference also held.
3:40 PM – 3:43 PM: The jury excused for the mid-afternoon recess. The Court holds further hearing outside the presence of the jury.
3:43 PM – 4:05 PM: The Court takes the mid-afternoon recess.
4:05 PM – 4:53 PM: Continued cross examination of P. Colouris. Witness testimony incomplete. Witness ordered to return for further testimony. Jury dismissed for the evening recess and reminded of the Court's admonition.

**Further jury proceedings set for June 17, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
Pltf: 5, 208-217, 7, 10, 11, 13, 12, 30, 23, 32, 33, 35. 26, 27, 288, 29, 36, 57, 58, 66, 59, 116, 169, 87-94, 96, 222, 223, 225-228
Deft: 1121, 1043, 1742,15

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: