UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAUFMAN & BROAD MONTEREY BAY, INC., et al.,<br><br>    Defendants. | Case No.  5:13-cv-04745-EJD<br><br>**ORDER RE: DEFENDANTS' OBJECTIONS**<br><br>Re: Dkt. Nos. 235, 236 |

Presently before the Court are Defendants Kaufman & Broad Monterey Bay, Inc., Bakewell Seaside Venture, LLC, and KB Home South Bay, Inc.'s ("Defendants") objections to Plaintiff Travelers Property Casualty Company of America's ("Plaintiff") lists of witnesses and exhibits. See Dkt. Nos. 235, 236.  The Court heard oral argument and ruled as follows:

1. Defendants' objection to Plaintiff adding Sal Sanchez as a witness is SUSTAINED.
2. Defendants' objection to Plaintiff adding Exhibits 219 to 229 is OVERRULED.
3. Defendants' objection to Plaintiff adding Exhibit 230 is SUSTAINED.
4. Defendants' objection to Plaintiff deleting exhibits is SUSTAINED.  Objections as to each exhibit will be addressed as they arise at trial.

**IT IS SO ORDERED.**

Dated: June 17, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-04745-EJD
ORDER RE: DEFENDANTS' OBJECTIONS