**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 17, 2015　　　　　　　　　　　**TIME IN COURT:** 7 hrs, 5 mins
Courtroom Deputy Clerk: Elizabeth Garcia　　(8:35 -10:00, 10:10 – 12:10 PM, 1:20 – 3:20, 3:35 -5:25)
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:35 AM – 10:00 AM: Proceedings resume. Continue cross examination of P. Colouris.
10:00 AM – 10:10 AM: The Court takes the midmorning recess.
10:10 AM – 10:15 AM: Hearing outside the presence of the jury.
10:15 AM – 10:23 AM: Hearing concludes. Jury summoned. Continued cross examination of P. Colouris.
10:23 AM – 10:56 AM: Redirect examination of P. Colouris.
10:56 AM – 10:57 AM: Recross examination of P. Colouris.
10:57 AM – 11:16 AM: No redirect examination of P. Colouris. Witness excused subject to recall. Plaintiff calls M. Collinsworth for direct examination.
11:16 AM – 11:35 AM: Cross examination of M. Collinsworth. Side bar conference also held.
11:35 AM – 12:10 PM: Jury excused for the lunch recess. The Court holds further hearing outside the presence of the jury.
12:10 AM – 1:20 PM: Hearing concludes. The Court takes the lunch recess.
1:20 PM – 1:25 PM: Hearing outside the presence of the jury.
1:25 PM – 2:08 PM: Hearing concludes. Jury summoned. Continued Cross examination of M. Collinsworth.
2:08 PM – 2:15 PM: Redirect examination of M. Collinsworth.
2:15 PM – 2:23 PM: No recross. Witness excused. Plaintiff calls D. Simons for as on cross examination.
2:23 PM – 2:38 PM: No as on direct examination. Witness excused, subject to call in defendants' case. Plaintiff calls D. Shaw for direct examination. Side bar conferences also held.
2:38 PM – 2:41 PM: Cross examination of D. Shaw.
2:41 PM – 3:20 PM: Witness excused from testimony. Permitted to remain in courtroom. Plaintiff calls J. Wilhelmi for direct examination.
3:20 PM – 3:35 PM: The Court takes the midafternoon recess.
3:35 PM – 4:52 PM: Jury summoned. Proceedings resume. Cross examination of J. Wilhelmi. Side bar conference also held.
4:52 PM – 5:15 PM: Jury dismissed for the evening recess. Witness examination incomplete and ordered to return for further testimony. The Court holds further hearing outside the presence of the jury.

**Further jury proceedings set for June 19, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:** 45, 76, 1704, 1035,1037, 1240
**Deft**: 1649, 43, 1219 (pgs 1-34), 1090, 1155, 199, 196 (redacted), 1224, 37, 1218, 1220, 1230

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Elizabeth C. Garcia_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Garcia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Original: **E-Filed**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CC: