**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 19, 2015  **TIME IN COURT:** 3 hrs, 48 mins
Courtroom Deputy Clerk: Elizabeth Garcia  (9:28 -11:20, 11:32 – 1:27 PM)
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
9:28 AM – 9:40 AM: Hearing outside the presence of the jury.
9:40 AM – 11:20 AM: Jury summoned. Defendants' call R. Ware out of order. Direct examination begins. Side bar conference also held.
11:13 AM – 11:20 AM: Jury dismissed for the morning recess. The Court holds further hearing outside the presence of the jury
11:20 AM – 11:32 AM: Hearing concludes. The Court takes the midmorning recess.
11:32 AM – 12:01 PM: Cross examination of R. Ware. Side bar conference also held.
12:01 PM – 12:17 PM: Redirect of R. Ware. Side bar conference also held.
12:17 PM – 12:22 PM: Recross of R. Ware.
12:22 PM – 12:53 PM: Witness excused. J. Wilhelmi for continued cross examination. Side bar conference also held.
12:53 PM – 1:28 PM: Jury dismissed for the weekend recess and reminded of the court's admonition. The Court holds further hearing outside the presence of the jury.

**Further jury proceedings set for June 22, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**
**Deft**: 1117, 1119, 1370 (p 1-2), 1372, 1036

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: