**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 22, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:** 3 hrs, 12 mins
(8:35 – 10:25 AM, 10:35 – 11:47 AM )

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:35 AM – 8:54 AM: Jury summoned. Redirect examination of J. Wilhelmi.
8:54 AM – 9:16 AM: Recross examination of J. Wilhelmi.
9:16 AM – 9:30 AM: Redirect examination of J. Wilhelmi.
9:30 AM – 10:00 AM: No recross of J. Wilhelmi. Witness excused. Plaintiff calls M.Glaspy for direct examination.
10:00 AM – 10:25 AM: No cross examination. Witness excused, subject to recall. Jury dismissed for the midmorning recess. Further hearing outside the presence of the jury.
10:25 AM – 10:35 AM: The Court takes a brief recess.
10:35 AM – 11:00 AM: Further hearing outside the presence of the jury.
11:00 AM – 11:20 AM: Hearing concludes. Plaintiff calls J. Vinaccia for direct examination.
11:20 AM – 11:45 AM: Cross examination of J. Vinaccia.
11:45 AM – 11:47 AM: No redirect. Witness excused, subject to recall. Jury dismissed for the evening recess.

**Further jury proceedings set for June 23, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**   115, 1703, 1705, 231
**Deft**:

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: