**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 23, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:**   6  hrs,  50  mins
(8:30 – 10:06 AM, 10:26 – 12:11 PM, 1:30 – 3:31, 3:46 – 4:16, 4:20 -   )

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:30 AM – 10:06 AM: Jury summoned. Plaintiff calls J. Cole for direct examination. Side bar conference also held.
10:06 AM – 10:26 AM: The Court takes the midafternoon recess.
10:26 AM – 10:51 AM: Cross examination of J. Cole.
10:51 AM – 11:03 AM: Redirect examination of J. Cole.
11:03 AM – 11:04 AM: Recross examination of J. Cole.
11:04 AM – 11:05 AM: Redirect examination of J. Cole.
11:05 AM – 11:56 AM: No further questions of witness. Witness excused. Plaintiff rests subject to rebuttal evidence. Defense case in chief. Defense calls D. Simons for direct examination. Side bar conferences also held.
11:56 AM – 12:11 PM: Jury dismissed for lunch recess. The Court holds further hearing outside the presence of the jury.
12:11 PM – 1:30 PM: Hearing concludes. The Court takes the lunch recess.
1:30 PM – 1:40 PM: Hearing outside the presence of the jury.
1:40 PM – 1:56 PM: Jury summoned. Proceedings resume. Continued direct examination of D. Simons. Side bar conference also held.
1:56 PM – 2:31 PM: Cross examination of D. Simons. Side bar conference also held.
2:31 PM – 2:41 PM: Redirect examination of D. Simons.
2:41 PM – 2:50 PM: Side bar conference held.
2:50 PM – 2:54 PM: Recross examination of D. Simons.
2:54 PM – 3:18 PM: No further questions of witness. Witness excused. Defense calls M. Glaspy for direct examination.
3:18 PM – 3:31 PM: The Court excuses the jury for the midafternoon recess. The Court holds further hearing outside the presence of the jury and witness. The Court addresses for the record that a note was submitted by juror no. 8. The Court's preference is to not respond to notes during the course of trial.
3:31 PM – 3:46 PM: the Court takes the midafternoon recess.
3:46 PM – 4:16 PM: Further hearing outside the presence of the jury.
4:16 PM – 4:20 PM: Hearing concludes. The Court take a brief recess.
4:20 PM – 4:39 PM: Jury summoned. Continued direct examination of M. Glaspy.
4:39 PM – 5:05 PM: Cross examination of M. Glaspy.
5:05 PM -5:23 PM: Jury dismissed for evening recess. Further hearing outside the presence of the jury.

**Further jury proceedings set for June 24, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**   8
**Deft**: 1041, 1743, 1007 (p. 100)

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: