**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 24, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:** 6 hrs, 27 mins
(8:35 – 10:37 AM, 10:52 – 11:30 AM, 1:08 – 3:00 PM, 3:20 –5:15PM )

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:35 AM – 9:41 AM: Jury summoned. Continued cross examination of M. Glaspy.
9:41 AM – 10:00 AM: Redirect examination of M. Glaspy.
10:00 AM – 10:35 AM: Recross examination of M. Glaspy.
10:35 AM – 10:37 AM: Jury dismissed for the midmorning recess. The Court holds brief hearing with counsel outside presence of jury.
10:37 AM – 10:52 AM: Hearing concludes. The Court takes the midmorning recess.
10:52 AM – 10:53 AM: Jury summoned. Proceedings resume. Continued recross examination of M. Glaspy.
10:53 AM - 10:54 AM: Redirect examination of M. Glaspy.
10:54 AM – 10:57 AM: No further question of witness. Witness excused. Side bar conference.
10:57 AM: - 11:27 AM: Defense calls G. Witkin for direct examination.
11:27 AM – 11:28 AM: Cross examination of G. Witkin.
11:28 AM – 11:30 AM: No redirect examination. Witness excused. Jury dismissed for lunch recess. The court holds brief hearing with counsel outside the presence of the jury.
11:30 AM – 1:00 PM: Hearing concludes. The Court takes the lunch recess.
1:08 PM – 3:00 PM: Proceedings resume. Jury summoned. Defense calls R. Carrillo for as on cross examination. Side bar conference also held.
3:00 PM – 3:20 PM: The Court takes the midafternoon break.
3:20 PM – 4:06 PM: Proceedings resume. As on cross examination of R. Carrillo. Side bar conference also held.
4:06 PM – 4:43 PM: As on direct of R. Carrillo.
4:43 PM – 5:04 PM: As on recross R. Carrillo. Side bar conference also held.
5:04 PM – 5:06 PM: As on redirect of R. Carrillo.
5:06 PM – 5:15 PM: Witness excused subject to recall. Jury dismissed for the evening recess and reminded of the Courts admonition. The Court holds further hearing outside presence of jury. Hearing concludes 5:15 PM.

**Further jury proceedings set for June 26, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**   232, 1727, 1732, 1706, 1730
**Deft**:

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: