**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 26, 2015  **TIME IN COURT:** 2 hrs, 15 mins
Courtroom Deputy Clerk: Elizabeth Garcia  (8:35 –9:43 AM, 9:52 – 11:00)
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric. Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
8:35 AM – 8:46 AM: Jury summoned. Direct examination of S. Calkins.
8:46 AM – 8:55 AM: Cross examination of S. Calkins.
8:55 AM – 8:58 AM: Redirect examination of S. Calkins.
8:58 AM – 8:59 AM: Recross examination of S. Calkins.
8:59 AM – 9:43 AM: No further questions of witness. Witness excused. Jury excused for midmorning recess. The Court holds further hearing outside the presence of the jury.
9:43 AM – 9:52 AM: The Court takes a brief recess.
9:52 AM – 10:29 AM: Proceedings resume. Defense calls E. Peck for direct examination. Side bar conference also held.
10:29 AM – 10:36 AM: Cross examination of E. Peck.
10:36 AM – 10:39 AM: No further questions of witness. Witness excused. Jury dismissed for the day. The court holds further hearing outside the presence of the jury.
11:00 AM: Proceedings conclude.

**Further jury proceedings set for June 29, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**
**Deft**:

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: