**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 29, 2015      **TIME IN COURT:** 3 hrs, 54 mins
Courtroom Deputy Clerk: Elizabeth Garcia      (8:35 –10:26 AM, 10:47– 11:50, 4:30 – 5:30PM)
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

---

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric Aguilera, Dana Falstad, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

---

**PROCEEDINGS: Jury Trial**

---

**ORDER AFTER HEARING:**
8:35 AM – 9:00 AM: Hearing outside the presence of the jury.
9:00 AM – 9:55 AM: Hearing concludes. Jury summoned. Defense calls C. Henderson for direct examination. Side bar conference also held.
9:55 AM – 10:13 AM: Cross Examination of C. Henderson.
10:13 AM – 10:16 AM: Redirect examination of C. Henderson.
10:16 AM – 10:21 AM: Recross examination of C. Henderson.
10:21 AM – 10:26 AM: No further questions of witness. Witness excused. Jury dismissed for midmorning recess. Further hearing outside the presence of the jury.
10:26 AM – 10:47 AM: Hearing concludes. The court takes the midmorning recess.
10:47 AM – 11:21 AM: Further hearing outside the presence of the jury. Plaintiff makes an oral rule 50 motion for judgment as a matter of law.
11:21 AM – 11:44 AM: Jury summoned. Defense rest. Plaintiff rebuttal case. J. Vinaccia direct examination. Side bar conference also held.
11:44 AM – 11:50 AM: No cross examination. Witness excused. No sur-rebuttal evidence made by defendant. Both sides rest. Side bar conference also held. Jury dismissed for the evening recess. Requested to return on July 1, 2015 at 8:30 AM for closing arguments.
4:30 PM – 5:30 PM: Further hearing on Plaintiff's Rule 50 motion. The Court takes the motion under submission following oral argument.

**Further hearing outside jury set for June 30, 2015 at 9:00 AM**
**Further jury proceedings set for July 1, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**
**Deft**:

                                                     *Elizabeth C. Garcia*
                                                     Courtroom Deputy
                                                     Original: **E-Filed**
                                                     CC: