**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: June 30, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez, Lee-Anne Shortridge

**TIME IN COURT:** 6 hrs
(9:25 –9:45 AM, 10:10–12:00 PM, 1:34 – 2:30 PM, 2:45 – 3:30PM, 4:00 PM – 6:00 PM)

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric Aguilera, Donald Shaw
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial**

**ORDER AFTER HEARING:**
9:25 AM – 9:45 AM: Hearing re Plaintiff's Rule 50 motion. The Court grants Plaintiff's Motion. The Court to issue further order.
9:45 AM – 10:10 AM: The Court takes a brief recess.
10:10 AM – 10:33 AM: Defense makes an oral motion for Rule 50. The Court respectfully declines the motion.
10:33 AM – 12:00 PM: The Court holds hearing on proposed closing arguments.
12:00 PM – 1:43 PM: The Court takes the lunch recess.
1:43 PM – 2:30 PM: Proceedings resume re closing instructions.
2:30 PM – 2:45 PM: The Court takes a brief recess.
2:45 PM – 3:30 PM: Proceedings resume re: closing instructions.
3:30 PM – 4:00 PM: The Court takes a brief recess.
4:00 PM – 6:15 PM: Proceedings resume re: closing instructions.
6:15 PM: Hearing concludes.

**Further jury proceedings set for July 1, 2015 at 08:30 AM**

**Exhibits Admitted in Evidence:**
**Pltf:**
**Deft**:

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: