# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: July 1, 2015
Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**TIME IN COURT:**     4 hrs
(8:36-8:41, 8:45-11:17, 11:30-12:15PM, 1:40 -2:15PM)

---

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown, Eric Aguilera, Donald Shaw, Diane Falstad
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

---

**PROCEEDINGS: Jury Trial: 1) Closing arguments, 2) Closing Instructions, 3) Deliberations**

---

**ORDER AFTER HEARING:**
8:35 AM – 8:41 AM: Hearing outside the presence of the jury
8:45 AM – 9:45 AM: Jury summoned. The Court calls on Plaintiff for closing arguments.
9:45 AM – 11:14 AM: The Court calls on Defense for closing arguments.
11:14 AM – 11:17 AM: Jury dismissed for the midmorning recess. The Court holds further hearing outside jury.
11:17 AM – 11:30 AM: Hearing concludes. The Court takes the midmorning recess.
11:30 AM – 11:35 AM: The Court holds brief hearing outside presence of the jury. Jury summoned. The Court calls on Plaintiff for rebuttal argument.
12:15 PM – 1:40 PM: The court takes the lunch recess.
1:40 PM – 2:10 PM: Jury summoned. Proceedings resume. The Court instructs the jury.
2:10 PM – 2:15 PM: Jury dismissed for deliberations. The Court holds further hearing outside presence of jury.
2:15 PM: Hearing concludes. The Court stands in recess pending jury deliberations.

**Further jury deliberations set for July 2, 2015 at 09:00 AM**

<u>**Exhibits Admitted in Evidence:**</u>
**Please see Joint List of Admitted Exhibits**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: