**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order – Jury Trial**

Date: July 2, 2015 **TIME IN COURT:** 1 hrs, 15 mins
Courtroom Deputy Clerk: Elizabeth Garcia (10:10 – 11:10, 1:13 – 1:20 PM, 1:52 – 2:00 PM)
Court Reporter: Irene Rodriguez

**CASE NUMBER: 5:13-cv-04745-EJD**
**TITLE:** Travelers Property Casualty Company of America v. Kaufman & Broad Monterey Bay, Inc. et al

Plaintiff(s) Attorney(s) present: Raymond Brown
Defendant(s) Attorney(s) present: John O'Hara, Michael Studenka

**PROCEEDINGS: Jury Trial: Deliberations and Jury Verdict**

**ORDER AFTER HEARING:**
10:10 AM– 11:10 AM: Hearing re Jury Notes No. 1 – 3. The Court sends in written response.
1:13 PM – 1:20 PM: Jury summoned. The Court inspects the verdict. The Court has the clerk publish the verdict for the record. Jury polled. Verdict is unanimous. The Jury is discharged from service.
1:52 PM – 2:00 PM: Hearing re: deadline to file joint status conference statement due **July 23, 2015.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: