UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIDELITY & GUARANTY INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KB HOME SOUTH BAY, INC.,<br><br>Defendant. | Case No. 15-cv-00062-BLF<br><br>**ORDER SUA SPONTE REFERRING ACTION FOR DETERMINATION OF RELATED CASE STATUS PURSUANT TO CIVIL LOCAL RULE 3-12(c)** |

It has come to the Court's attention that the present action, *Fidelity & Guaranty Insurance Co., et al. v. KB Home South Bay, Inc.,* Case No. 15-cv-00062-BLF, may be related to a case pending before Judge Edward J. Davila, *Travelers Property Casualty of America v. Kaufman & Broad Monterey Bay, Inc., et al.*, Case No. 13-cv-04745. The present action is hereby referred to Judge Davila for the purpose of determining whether the cases are related. *See* Civ. L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: July 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge